**Motion GRANTED and Order filed June 25, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00319-CV
_____

## IN RE ERIK GIL AND ABRAHAM O. HERNANDEZ, ATTORNEY OF LAW, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-27326**

## ORDER

On June 23, 2021, relators Erik Gil and Abraham O. Hernandez filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Jeralynn Manor, Judge of the 80th District Court, in Harris County, Texas, to set aside her June 11, 2021 contempt order and April 1, 2021 sanctions order entered in

trial court number 2020-27326, styled *Erik Gil v. Universal Auto Insurance Service, LLC, et al.*

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On June 23, 2021, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the April 1, 2021 sanctions order, the June 11, 2021 contempt order, and all proceedings in the trial court in cause number 2020-27326, *Erik Gil v. Universal Auto Insurance Service, LLC, et al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests that real parties in interest Chisum General Agency, Inc. d/b/a Southern General Agency and Southern General Agency, Inc. file a response to the petition for writ of mandamus on or before July 12, 2021. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Zimmerer, Hassan, and Wilson.